81,290-04

12-21-2015

Attn: Clerk - Abel Acosta
Court Of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

In re: Weldon Bridges Vs. The State Of Texas
Trial Cause No. CR-27,979-A
Writ No. WR-81-290-03

Please find the enclosed application and file
it with the Court. (See: Letter Dated Nov. 21, 2015)

Respectfully Submitted

Weldon Bridges

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

Motion For Leave To File:
In The Court of Criminal Appeals, Texas
Cause No. <u>CR-27,979-A</u>

| | |
|---|---|
| WELDON BRIDGES | § In Leave From The |
| Vs. | § 159th District Court |
| Reba D. Squyres | § Angelina County, Texas |
| District Clerk | § |
| Respondent | § Writ No. <u>WR-81,290-03</u> |

## <u>Application For Writ Of Mandamus</u>

To The Honorable Justice[s] of Said Court:

Comes Now, Weldon Bridges, Relator, Pro-se in the above listed and number cause at leave, to file this Application For Writ of Mandamus, pursuant to Tex. Code of Criminal Procedure Art. 11.07, sec. 3(c). In support of this application, the relator will show the following:

### I.

Relator, Weldon Bridges is presently incarcerated in the Tex. Dept. of Crim. Justice and is appearing Pro-se, and can be located at the Nathaniel J. Neal Unit 9055 Spur 591 Amarillo, Texas in Potter County 79107.

### II.

The Respondent, Reba Squyers, in her official capacity as District Clerk of Angelina County, Texas has the duty to receive all filed documents/motions/affidavits and notify all parties of the action taken in criminal proceedings. <u>Ex parte Chavez</u>, 207 S.W. 3d 770 (Tex. Crim. App. 2006); <u>Stansberry v. State</u>, 239 S.W. 3d 260, 263 (Tex. Crim. App. 2007) require all documents filed, to be forward, or additional

1.

Habeas Corpus filing will be held, to resolve the applicants claims not presented as they where filed.

## III.

The respondent is in violation, by failing to perform her ministerial duties as required by law, thus denying the Relator/Applicant due process, within the forward filing [Copy] transmitted to him on November 16, 2015.

## IV.
## Prayer

Therefore, all matters considered, the Relator respectfully requests a finding that the Respondent did not transmit all or a complete file to the Court of Criminal Appeals, Texas as prescribed by law. Relator sincerely prays that an Order directing said Respondent to transmitt such documents be implemented, and such other relief applicant may show himself justly entitled.

Respectfully Submitted

Weldon Bridges

WELDON BRIDGES
Applicant
Pro-se

## Unsworn Declaration

I, Weldon Bridges, TDCJ#1585306, being presently confined in the Nathaniel J. Neal Unit, located at 9055 Spur 591 Amarillo, Texas 79107, Potter County, Texas, declare under penalty of perjury that the foregoing is true and correct, signed this 21st day of December 2015.

Weldon Bridges

2.

## Certificate of Service

I, Weldon Bridges, do hereby certify that a true and correct copy of the Defendant's Application For Writ of Mandamus has been forward to the Clerk - Abel Acosta, by U.S. Mail, postage peepaid, first class via TDCJ Indigent supply, hand delv. by me personally.

Signed on December 21, 2015.

*Weldon Bridges*

## Waiver of Copies

As applicant is indigent without means to meet this requirement.

cc:file

3.